UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TOMMY D LAY, II , on behalf of himself and all employees similarly situated

        Plaintiff,

v.                                 Case No: 2:20-cv-746-SPC-NPM

STORM SMART BUILDING SYSTEMS, INC.,

        Defendant.
_____/

## **ORDER**[1]

Before the Court is the parties' Joint Report Regarding Settlement (Doc. 24).  The parties requested a settlement conference before the unassigned United States Magistrate Judge.  The Court agrees that may be helpful to resolve this action and refers it for a settlement conference.  As stated in the FLSA Scheduling Order, the parties may consent to have the Magistrate Judge conduct all proceedings, including the approval of any settlement without the need for additional filings.  Of course, however, either party is free to withhold consent without adverse consequences.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

(1) This case is **REFERRED** to United States Magistrate Judge Mac R. McCoy to conduct a settlement conference (video or otherwise) and issue any appropriate order. All parties must attend the settlement conference as directed by Judge McCoy.

(2) The parties must **CONTACT** Judge McCoy's Chambers, **on or before April 19, 2021**, to schedule a settlement conference at a mutually agreeable time.

**DONE** and **ORDERED** in Fort Myers, Florida on April 12, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record